IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COURTNEY M. COWINS,

    Petitioner,

v.

GARY BOUGHTON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-22-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Courtney M. Cowins's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                     11/19/2018

Peter Oppeneer, Clerk of Court            Date