United States District Court
Western District Of Wisconsin

Courtney M. Cavins
    Pro Se Petitioner-Appellant

V.

Gary Boughton
    Respondent-Appellee

16-CV-22

NOTICE OF APPEAL

Pursuant to Rule (4), Fed. R. App. Proc., pro se petitioner, Courtney M Cavins, hereby appeals from the Judgment Of the Western District Court Of Wisconsin denying the petition for Writ of habeas Corpus, and the Rule 59 Motion to Amend, dismissing the actions. Said Judgments were entered by the Hon. J. D. Peterson, U.S. District Judge, on 11-19-18 (Petition), and 4-29-19 (motion). Cavins is also appealing the Judgment of the Western District Court of Wisconsin denying his Motion to Stay/Motion for Order - Judgment entered by the Hon. J. D. Peterson, U.S. District Judge, on 4-29-19

Filed concurrently with this Notice of Appeal, Cavins respectfully submits a timely Application for Certificate of Appealability & Docketing Statement.

5-28-19
Respectfully Submitted,

Courtney M. Cavins #407326
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805