IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COURTNEY M. COWINS,

                Petitioner,

v.                                          ORDER

GARY BOUGHTON,                        16-cv-22-jdp

                Respondent.

---

On November 19, 2018, I denied petitioner Courtney M. Cowins's petition for a writ of habeas corpus under 28 U.S.C. § 2254, and I denied him a certificate of appealability. Dkt. 30. Cowins appealed, but the Court of Appeals for the Seventh Circuit also denied him a certificate of appealability. Dkt. 58. Cowins has also filed a motion contending that this court lacked subject matter jurisdiction over his petition because the state court record from his criminal case was never certified by a court reporter. Dkt. 56. I will deny the motion because it is frivolous. State rules about trial transcripts do not affect the jurisdiction of this court.

ORDER

IT IS ORDERED that petitioner Courtney M. Cowins's motion challenging subject matter jurisdiction, Dkt. 56, is DENIED.

Entered April 15, 2020.

                                                BY THE COURT:

                                                /s/

                                                _____

                                                JAMES D. PETERSON
                                                District Judge