United States District Court
Western District Of Wisconsin

Courtney M. Cowins
    Pro Se - Appellant
    V.
Gary Boughton
    Respondent-Appellee

16-CV-22
Notice Of Appeal

Pursuant to Rule (4), Fed. R. App. Proc., Pro se petitioner, Courtney M. Cowins, hereby appeals from the Judgments of the Western District Court of Wisconsin denying a Motion Challenging the District Court's Subject-Matter Jurisdiction, and a Rule 59 Motion for Reconsideration, dismissing the actions. Said Judgments were entered by the Hon. J.D. Peterson, U.S. District Judge, on 4-15-2020 (challenge), and 4-22-2020 (Rule 59 Motion).

Filed Concurrently with this Notice Of Appeal, I respectfully submit a [1] timely Request for Permission to Appeal, and [2] a Docketing Statement.

Respectfully Submitted

5-22-2020

Courtney M. Cowins #407326
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805